UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21373-JB/Torres

STATE CASE NO.: 2024-019018-CA-01

CALVIN EMANUEL LEE,

    Plaintiff,

v.

LESLIE TRANSPORT, LLC and GERALD SABANOS,

    Defendants.

_____/

## LESLIE TRANSPORT, LLC and GERALD SABANOS' INITIAL DISCLOSURE

    Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants, LESLIE TRANSPORT, LLC and GERALD SABANOS, in the above listed civil action make the following disclosure:

### CONDITIONS AND OBJECTIONS

    These disclosures are made subject to the following conditions and objections:

    1.    By these initial disclosures, Defendants do not admit the relevance or admissibility of the disclosed information or in any way waive any objection they might have to all or part of any information disclosed.

    2.    Defendants object to the disclosure of any information or materials protected from discovery under the attorney-client privilege, the joint defense privilege, the trial preparation immunity, the attorney work-product immunity, or any other applicable privilege or immunity. Furthermore, Defendants object to the disclosure or production of any materials containing confidential proprietary information until the entry of a mutually-agreeable or court-ordered protective order pursuant to Rule 26(c).

    3.    Defendants reserve the right to amend these initial disclosures in accordance with Rule 26(e).

# INITIAL DISCLOSURES

Subject to the above conditions and objections, Defendants discloses the following information:

1. R.26(a)(1)(A)(i) – The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

   A. Corporate Representative of Defendant, Leslie Transport., c/o counsel.

   B. Defendant, Gerald Sabanos, c/o counsel.

   C. Plaintiff, Calvin Emmanuel Lee, c/o Morgan and Morgan

   D. Greg Zerbe, W4236 Spruce DRIVE, Watertown, WI 53094

   E. Any and all persons identified by Plaintiff in his Initial Disclosures.

   F. All witnesses, including experts, listed in any party's disclosures, discovery responses, depositions or pleadings.

   G. Any and all of Plaintiff's treating and examining physicians and healthcare providers, past and present.

   H. Any and all custodians of records or other persons needed to authenticate any document, record or video

   I. Plaintiff's employers and supervisors including but not limited to Justin Bentley and Rick Ricardo. Discoverable information regarding Plaintiff's damages, wage loss, and conditions before and after the alleged incident.

   K. Plaintiff's immediate family members. Discoverable information regarding Plaintiff's damages, wage loss, and conditions before and after the alleged incident.

Defendants anticipates that other, unknown individuals may have discoverable information that Defendants may use to support their defenses and reserve the right to supplement this disclosure pursuant to Federal Rule of Civil Procedure 26(e). Defendants also reserve the right to obtain discovery in support of its defenses from any witness identified in any other party's Rule 26(a)(1) Disclosures.

2. R. 26(a)(1)(A)(ii) – A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

Defendants have in their possession or control the following categories of documents, data compilations and tangible things that it may use to support its defenses:

a) Employment records for Gerald Sabanos
b) Driver records for Gerald Sabanos
c) Records for the subject truck alleged to be invovled
d) Leslie Transport's policies, procedures, and training documents
e) All documents produced by Plaintiff during discovery, including, but not limited to, medical records, tax records, wage statements, employment records, and criminal record, if any.
f) All documents produced by non-parties pursuant to subpoena, including, employment records, medical records and bills, insurance records, workers compensation records, criminal records or disability records.
g) All medical invoices and payment logs.
h) All deposition transcripts.
i) All documents attached as exhibits to depositions taken in this matter, if any.
j) All responses to Interrogatories.
k) All documents produced in response to any Request for Production.
l) All documents reviewed or prepared by Plaintiffs' expert witnesses, if any.
m) All documents reviewed or prepared by Defendant's expert witnesses, if any.
n) All expert reports prepared by Plaintiff's expert witnesses, if any.
o) All expert reports prepared by Defendant's expert witnesses, if any.
p) Any and all expert resumes or CVs.
q) All non-privileged investigation and/or incident materials, if any.

Investigation and discovery are ongoing. Defendants reserve the right to supplement these disclosures.

3. R. 26(a)(1)(A)(iii) – A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Defendant is not claiming damages at this time, but reserves the right to assert claims and seek costs and fees as allowed by state and/or federal statutes.

4. R. 26(a)(1)(A)(iv) – for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Defendant is insured by Integrity Insurance:
Policy Number CA 2829184-4

Dated April 14, 2025.

        Respectfully Submitted,

        MARSHALL DENNEHEY

By:    /s/ *Stephanie Andrade*
        Patrick Delong, Esq.
        Florida Bar Number: 982415
        pmdelong@mdwcg.com
        Stephanie Andrade, Esq.
        Florida Bar Number: 108704
        ssandrade@mdwcg.com
        2400 E. Commercial Blvd., Suite 1100
        Fort Lauderdale, FL 33308
        Telephone: 954-847-4920
        Facsimile: 954-627-6640
        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on this April 14, 2025 to: **Jon Szabo, Esq.,** Morgan & Morgan, 1700 Palm Beach Lakes Blvd., Suite 500, West Palm Beach, Florida, 33401, Counsel for the Plaintiff, jon.szabo@forthepeople.com; Ashley.nelson@forthepeople.com.

        **MARSHALL DENNEHEY**
        Counsel for LESLIE TRANSPORT
        2400 East Commercial Boulevard, Suite 1100
        Fort Lauderdale, FL  33308
        Telephone No.:  (954) 847-4920
        Facsimile No.:  (954) 627-6640
        pmdelong@mdwcg.com
        ssandrade@mdwcg.com
        ajmastrangelo@mdwcg.com

        By: **/s/Stephanie Andrade, Esq.**
        PATRICK M. DELONG, ESQ.
        Florida Bar Number:  982415
        STEPHANIE ANDRADE, Esq.
        Florida Bar No.: 1038704